# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2018

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Moreno, Johnny G Romero | Docket No. | 0980 2:17CR00229-009 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Johnny G Romero Moreno, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 29th day of January 2018 under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant my not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #24:** Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation and shall complete any recommended follow-up treatment as directed by Pretrial Services

**Special Condition #31:** Defendant shall not change his address of residence without first obtaining prior approval from Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Re: Moreno, Johnny G Romero
August 23, 2018
Page 2

**Violation #1:** Johnny G. Romero Moreno violated the conditions of his release by failing to report to the probation officer as directed on August 14 and 20, 2018.

On January 29, 2018, a probation officer reviewed the conditions of release and the reporting requirements with the defendant. The defendant signed the release conditions and reporting instructions, stating that he fully understood the conditions, to include Standard Condition #6. The reporting instructions include to contact the probation office by telephone every Monday.

On August 9, 2018, the probation officer left messages on the defendant's listed phone numbers and spoke with his aunt, Andrea Rodriguez, with whom he resides, directing Mr. Moreno to report to the probation office on August 14, 2018. The defendant failed to report as directed and the aunt confirmed that she had left this officer's message to report on his cell phone as well. On August 16, 2018, the probation officer left a letter at the defendant's residence directing the defendant to report to the probation office on August 20, 2018. The defendant failed to report on August 20, 2018. The defendant also failed to make his required telephone report on August 20, 2018. The last contact Mr. Moreno had with the probation officer was a voice message the defendant left for his weekly telephone report on August 13, 2018.

**Violation #2:** Johnny G. Romero Moreno violated the conditions of release by testing positive for the use of marijuana on June 12, 2018.

On January 29, 2018, a probation officer reviewed the conditions of release with the defendant. The defendant signed the release conditions, stating that he fully understood the conditions, to include Standard Condition #9.

On January 29, 2018, the defendant was directed to Grant Integrated Services for substance abuse treatment services. On June 12, 2018, a urine drug test was taken by Grant Integrated Services as a part of the treatment program. On June 16, 2018, the sample was confirmed positive for the use of marijuana by Cordant Health Services.

**Violation #3:** Johnny G. Romero Moreno violated the conditions of his release by being terminated unsuccessfully from substance abuse treatment on August 6, 2018.

On January 29, 2018, a probation officer reviewed the conditions of release with the defendant. The defendant signed the release conditions, stating that he fully understood the conditions, to include Special Condition #24.

On January 29, 2018, the defendant was directed to Grant Integrated Services for substance abuse treatment services. On August 6, 2018, substance abuse treatment services were terminated by Grant Integrated Services due to the defendant's lack of attendance to group and individual sessions. Grant Integrated Services had previously sent the defendant a letter requiring Mr. Moreno to report for an individual session on August 6, 2018, but the defendant failed to appear.

**Violation #4:** Johnny G. Romero violated the conditions of his release by changing his residence without permission on or about August 9, 2018.

On January 29, 2018, a probation officer reviewed the conditions of release with the defendant. The defendant signed the release conditions, stating that he fully understood the conditions, to include Special Condition #31.

On January 29, 2018, the probation officer met with the defendant and verified his release residence at 2025 Basin Street, Unit A, Moses Lake, WA 98837. On August 16, 2018, the probation officer made contact at the defendant's residence and spoke with the defendant's aunt, Andrea Rodriguez. She reported that Mr. Moreno had not returned to her residence since August 9, 2018 and she has not spoken with him since that time. The defendant has not sought nor received permission from the probation officer to change his residence.

PS-8
**Re: Moreno, Johnny G Romero**
**August 23, 2018**
**Page 3**

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    August 23, 2018 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

August 23, 2018
Date